```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
STEPHEN M. CUPPEK,                                                 :
:
:
                         Plaintiff,                                :
                                                                   :       22-cv-5989 (LJL)
            -v-                                                    :
                                                                   :            ORDER
DR. KILOLO KIHAKAZI, ACTING COMMISSIONER                           :
OF SOCIAL SECURITY,                                                :
                                                                   :
                         Defendant.                                :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      As stated at today's conference, Plaintiff shall correct the deficient pleading and serve the Defendant on or before July 2, 2024. Otherwise, this case may be dismissed for failure to prosecute and timely serve.

      SO ORDERED.

Dated: June 25, 2024
       New York, New York

                                                          LEWIS J. LIMAN
                                           United States District Judge