UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/2024
```

-----------------------------------------------------------------X

STEPHEN M. CUPPEK,

                     Plaintiff,

        -v-

DR. KILOLO KIHAKAZI, ACTING COMMISSIONER
OF SOCIAL SECURITY,

                   Defendant.

-----------------------------------------------------------------X

22-cv-5989 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference in this case today, October 16, 2024. Counsel for Plaintiff appeared as did a lawyer for the Social Security Administration. As discussed at the conference, service on Defendant was not effective consistent with Federal Rule of Civil Procedure 4(i)(2) because the United States has not been served. Plaintiff shall have until October 18, 2024, either to serve the United States or to demonstrate cause why that deadline cannot be met. Plaintiff shall also address the numerous defective pleadings on the docket by October 18, 2024. Assuming that service is properly effected, the parties shall write to the Court by November 22, 2024, with their views on how the case should be managed.

      SO ORDERED.

Dated: October 16, 2024
      New York, New York           _____
                                  LEWIS J. LIMAN
                           United States District Judge