UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
STEPHEN M. CUPPEK, :
:
:
Plaintiff, :
: 22-cv-5989 (LJL)
-v- :
: ORDER
:
DR. KILOLO KIHAKAZI, ACTING COMMISSIONER :
OF SOCIAL SECURITY, :
:
Defendant. :
X
---------------------------------------------------------------

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/2024
```

LEWIS J. LIMAN, United States District Judge:

Pursuant to the Court's Order of October 16, 2024, Plaintiff was to either serve the United States by October 18, 2024, or demonstrate cause why that deadline cannot be met. Dkt. No. 41. Under Federal Rule of Civil Procedure 4(i), to serve the United States a party must: "deliver a copy of the summons and complaint to the United States Attorney for the district where the action is brought—or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk," or "send a copy of each by registered or certified mail to the civil-process clerk of the United States attorney's office." Fed. R. Civ. P. 4(i)(1)(A). A summons was issued on October 21, 2024, care of "United States Attorney, 86 Chambers St., New York NY 10007," Dkt. No. 44, but no proof of service has been filed.

Plaintiff is ordered to file proof of service on the docket if service has been made. If no proof of service is filed by November 1, 2024, the Court will dismiss the case.

SO ORDERED.

Dated: October 28, 2024
New York, New York

LEWIS J. LIMAN
United States District Judge