**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Stephen Cuppek,<br><br>                              Plaintiff,<br><br>       -against-<br><br>Commissioner of Social Security,<br><br>                              Defendant. | 1:22-cv-05989 (LJL) (SDA)<br><br>ORDER |

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment of this district court. Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent.

It is hereby Ordered that the parties shall meet and confer and, no later than August 18, 2025, file a joint letter indicating whether all parties consent to the undersigned conducting all proceedings in this matter. If either party does not consent, the joint letter shall <u>not</u> inform the Court which party has not consented but merely shall state that there has not been consent by all parties. In the event that both parties do consent, the parties also shall send by email a fully executed consent form to judgments@nysd.uscourts.gov.[1]

---

[1] The form can be found at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf.

This Order is not intended to interfere with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences, although this will prevent the Court's jurisdiction from being exercised by a United States Magistrate Judge. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

**SO ORDERED.**

DATED:   New York, New York
         August 11, 2025

                                                                    _____
                                                                    STEWART D. AARON
                                                                    United States Magistrate Judge