**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
STEPHEN C.,

                Plaintiff,

-against-                              22 **CIVIL** 5989 (SDA)

                                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 13, 2025, Plaintiff's motion is DENIED and the decision of the Commissioner is AFFIRMED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 15, 2025

                                                      **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                                 **BY:**

                                                         **Deputy Clerk**